UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES WATSON,

      Plaintiff,

                            Case No.: 8:22-CV-01923-KKM-AEP

v.

PIZZAIOLO BAVARO, LLC
d/b/a BAVARO'S PIZZA NAPOLENTANA
& PASTARIA,

      Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.09 (a), Plaintiff, James Watson, and Defendant, Pizzaiolo Bavaro, LLC d/b/a Bavaro's Pizza Napolentana & Pastaria, by and through their respective undersigned counsel, provide notice to the Court that the parties have settled this matter in principle and are working on a written memorialization of their settlement.

The parties respectfully request the Court, per Local Rule 3.09 (b), enter an order administratively closing the case subject to the right of any party to move the Court within 60 days thereafter for purposes of entering a stipulated form of final order or final judgment, or, on good

cause shown, reopening the proceedings.  The parties believe they can finalize settlement within that period of time.

Respectfully submitted this 11th day of November, 2022.

| | |
|---|---|
| /s/ Kathleen M. Wade | /s/J. Courtney Cunningham |
| Richard E. Fee | J. Courtney Cunningham |
| Florida Bar No. 813680 | Florida Bar No.: 628166 |
| Kathleen M. Wade | J. Courtney Cunningham, PLLC |
| Florida Bar No. 127965 | 8950 SW 74th Court, Suite 2201 |
| FEE & JEFFRIES, P.A. | Miami, Florida 33156 |
| 1227 N. Franklin Street | (305) 351-2014 |
| Tampa, Florida 33602 | cc@cunninghampllc.com |
| (813) 229-8008 | |
| (813) 229-0046 (Facsimile) | *Attorney for Plaintiff,* |
| rfee@feejeffries.com | *James Watson* |
| kwade@feejeffries.com | |
| bszabo@feejeffries.com | |

*Trial Counsel for Defendant,
Pizzaiolo Bavaro, LLC d/b/a
Bavaro's Pizza Napoletana &
Pastaria*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 11, 2022, a true and accurate copy of the foregoing was electronically filed with the Court by using CM/ECF system, which will send a notice of electronic filing to: J. Courtney Cunningham, Esq. (cc@cunninghampllc.com), J. Courtney Cunningham, PLLC, 8950 SW 74th Court, Suite 2201, Miami, Florida 33156 .

/s/ Kathleen M. Wade
Richard E. Fee
Florida Bar No. 813680
Kathleen M. Wade
Florida Bar No. 127965
FEE & JEFFRIES, P.A.
1227 N. Franklin Street
Tampa, Florida 33602
(813) 229-8008
(813) 229-0046 (Facsimile)
rfee@feejeffries.com
kwade@feejeffries.com
bszabo@feejeffries.com

*Trial Counsel for Defendant, Pizzaiolo Bavaro, LLC d/b/a Bavaro's Pizza Napoletana & Pastaria*