UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:22-cv-1923-KKM-AEP

JAMES WATSON,

    Plaintiff,

v.

PIZZAIOLO BAVARO, LLC.

    Defendant

_____/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff, JAMES WATSON, by and through the undersigned counsel, pursuant to Rule Fed. R. Civ. P. 41(a)(1)(A)(i), hereby gives notice that he voluntarily dismisses this action with prejudice against, Defendant, PIZZAIOLO BAVARO, LLC., and respectfully requests this Court to terminate the action.

Respectfully submitted this December 15, 2022.

        By: */s/ J. Courtney Cunningham*
        J. Courtney Cunningham, Esq.
        Florida Bar No.: 628166
        J. COURTNEY CUNNINGHAM, PLLC
        8950 SW 74th Court, Suite 2201
        Miami, Florida 33156
        T:  305-351-2014
        cc@cunninghampllc.com
        legal@cunninghampllc.com

        *Counsel for Plaintiff*

Watson v. Pizzaiolo Bavaro, LLC.
Case No.: 22-cv-1923-KKM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 15, 2022, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
Florida Bar No.: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

**Page 2 of 2**